IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANDREW FOLEY, *et al.*,       :

    Plaintiffs,

  v.       :       Case No. 3:15-cv-96

UNIVERSITY OF DAYTON, *et al.*,       :       JUDGE WALTER H. RICE

    Defendants.       :

---

CERTIFICATION OF QUESTIONS OF STATE LAW
TO SUPREME COURT OF OHIO

---

Pursuant to Rule 9.01 of the Rules of Practice of the Supreme Court of Ohio, the Court certifies three questions of state law to the Supreme Court of Ohio.

I. **Factual Background, Procedural History, and Reasons for Certification**

The relevant factual background and procedural history of this case, along with the reasons for certification, are set forth in this Court's Decision and Entry Sustaining in Part Defendant Dylan Parfitt's and Defendant Michael R. Groff's Motions for Judgment on the Pleadings or, in the Alternative, to Certify Questions of Law to the Ohio Supreme Court. A copy of said Decision and Entry is attached to this Order.

II. **Questions Certified**

   A. What is the statute of limitations for claims of negligent misidentification?

   B. Is the doctrine of absolute privilege applicable to claims of negligent misidentification and, if so, does it extend to statements made to law enforcement officers implicating another person in criminal activity?

   C. Is the doctrine of qualified privilege applicable to claims of negligent misidentification?

III. **Designation of Moving Party**

The Court designates Defendants Dylan Parfitt and Michael R. Groff as the moving parties.

IV. **Attorneys' Contact Information**

*Plaintiffs Andrew Foley, Evan Foley, and Michael Fagans are represented by:*

Michael A. Hill (0088130)
Dennis Landowne (0026036)
Spangenberg Shibley & Liber LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
216-696-3232

*Defendant Dylan Parfitt is represented by:*

Jane Michele Lynch (0012180)
Jared A. Wagner (0076674)
Green & Green, Lawyers
800 Performance Place
109 North Main Street
Dayton, OH 45402
937-224-3333

2

***Defendant Michael R. Groff is represented by:***

Timothy Paul Heather (0002776)
Benjamin, Yocum & Heather, LLC
300 Pike Street, Suite 500
Cincinnati, OH 45202
513-721-5672

*The following additional defendants are not directly involved in the issues certified:*

***\*Defendants University of Dayton and Thomas Burkhardt are represented by:***

Caroline H. Gentry (0066138)
Porter, Wright, Morris & Arthur LLP
One South Main Street, Suite 1600
Dayton, OH 45402
937-449-6748

***\*Defendants Bruce Burt, Harry Sweigart, Sgt. Thomas Ryan, Officer Kevin Bernhardt, Officer Robert Babal, Officer Eric Roth, Officer Jonathan McCoy, Sgt. Michael Sipes, Sgt. Bradley Swank, and Lt. Joseph Cairo are represented by:***

Todd M. Raskin (0003625)
David M. Smith (0079400)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
440-248-7906

Date: December 7, 2015                    _____
                                          WALTER H. RICE
                                          UNITED STATES DISTRICT JUDGE