IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANDREW W. FOLEY, :

    Plaintiff, :

                                                    Case No. 3:15-cv-00096

vs. :

                                                    District Judge Walter H. Rice

UNIVERSITY OF DAYTON, *et al.*, : Magistrate Judge Sharon L. Ovington

    Defendants. :

---

# DECISION AND ENTRY

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #73), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.     The Report and Recommendations docketed on July 6, 2017 (Doc. #73) is ADOPTED in full;

2.     Defendants' Joint Motion to Dismiss (Doc. #69) is DENIED

July 24, 2017

                                                                      Walter H. Rice
                                                                      United States District Judge