UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| ANDREW FOLEY, et al., | : | Case No. 3:15-CV-00096 |
| Plaintiffs, | : | Judge Walter Herbert Rice |
| vs. | : | |
| UNIVERSITY OF DAYTON, et al., | : | **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO MANUALLY FILE VIDEO COMPACT DISCS** |
| Defendants. | : | |

This matter comes before the Court on Defendants' Motion for Leave to Manually File Video Compact Discs ("CDs"). For the reasons stated in the Motion, and for good cause shown, the Motion is GRANTED. The Clerk is hereby ORDERED to permit Defendants to manually file video CDs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE